IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00700-EWN-MEH

DARRYL MARTIN,

      Plaintiff,

v.

DR. JAMES L. BRUFFY, MD, St. Thomas More Hospital, Centura Health, 1338 Phay Ave, Cañon City, CO 81212, In his Individual Capacity,
DEPARTMENT OF CORRECTIONS MEDICAL DIRECTOR, STEPHEN R. KREBS, MD, In his Individual Capacity,
PHYSICIANS HEALTH PARTNERS INSURER FOR DEPARTMENT OF CORRECTIONS MEDICAL, In Their Individual Capacity,
STERLING UNKNOWN WHITE FEMALE NURSE, Sterling Correctional Facility, In her Individual Capacity, and
HEAD DOCTOR UNKNOWN WHITE FEMALE, P. O. Box 666, Sterling, CO 80751-6000, In her Individual Capacity,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 2 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: April 30, 2007

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00700-EWN-MEH

Darryl Martin
Prisoner No. 61336
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Stephen R. Krebs, Sterling Unknown White Female Nurse,
and Head Doctor Unknown White Female, - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Physician Health Partners, and Dr. James L. Bruffy

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Physician Health Partners, and Dr. James L. Bruffy; to Cathie Holst for service of process on Stephen R. Krebs, Sterling Unknown White Female Nurse, and Head Doctor Unknown White Female; and to John Suthers: AMENDED COMPLAINT FILED 04/19/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/2/07.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk