IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00700-EWN-MEH

DARRYL MARTIN,

      Plaintiff,

v.

DR. JAMES L. BRUFFY, M.D., in his individual capacity;
DEPARTMENT OF CORRECTIONS MEDICAL DIRECTOR STEPHEN R. KREBS, M.D., in his individual capacity;
PHYSICIAN HEALTH PARTNERS INSURER FOR DEPARTMENT OF CORRECTIONS MEDICAL, in their individual capacity;
STERLING UNKNOWN WHITE FEMALE NURSE, Sterling Correctional Facility; and
HEAD DOCTOR UNKNOWN WHITE FEMALE, in their individual capacity;

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 31, 2007.**

Before the Court is a Motion to Stay Pending Qualified Immunity Determination From Defendants James L. Bruffy and Stephen R. Krebs [Filed June 21, 2007; Docket #29]. The Motion is **granted**. Discovery will be stayed pending an Order from the District Court on this Court's Recommendation on Motion to Dismiss.