IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00700–EWN–MEH

DARRYL MARTIN,

    Plaintiff,

v.

DR. JAMES L. BRUFFY M.D., St. Thomas More Hospital, Centura Health, 1338 Phay Ave., Canon City CO 81212, in his individual capacity,
DEPARTMENT OF CORRECTIONS MEDICAL DIRECTOR STEPHEN R. KREBS M.D., in his individual capacity Physician health partners Insurer,
PHYSICIAN HEALTH PARTNERS INSURER FOR DEPARTMENT OF CORRECTIONS MEDICAL, in their individual capacity,
STERLING UNKNOWN WHITE FEMALE NURSE, Sterling Correctional Facility, and HEAD DOCTOR UNKNOWN WHITE FEMALE, P.O. Box 6000, Sterling, Colorado 80751-6000, in their individual capacity,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on the "Recommendation on Motion to Dismiss" filed July 31, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo*

review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The motion to dismiss filed by Defendants James L. Bruffy, Stephen R. Krebs, and Physician Health Partners is GRANTED.

3. The case is DISMISSED with prejudice.

DATED this 9th day of October, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge